FILED
CHARLOTTE, NC

JUL 06 2012

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC



**North Carolina Western**
**MEMORANDUM**

**Date:** June 27, 2012

**To:** The Honorable Frank D. Whitney
U.S. District Judge

**From:** Russell S. Craig
U.S. Probation Officer

**Subject:** William Richard Moore Jr.
3:96CR47-1-W
Request to Destroy

---

This defendant began his term of supervised release on 1/15/04, after release from a sentence for Conspiracy to Possess with Intent to Distribute, and Distribute Cocaine and Cocaine Base. The following property was seized from Mr. Moore while the defendant was on Supervised Release; Firearm (Smith and Wesson Model 3913 Serial Number VJA7515 - Silver, Ammunition (8 rounds of various brand 9mm ammo), Magazine (for Smith and Wesson Lady Smith 9mm Handgun) Silver in color, One (1) black holster (Sidekick brand) handgun. These items were seized on March 1, 2006. The above named defendant's term of Supervised Release was revoked by Your Honor on August 1, 2006 and he was sentenced to 33 months imprisonment with credit for 5 months served.

Mr. Moore was supervised by United States Probation Officer Terri Hedrick who has since retired. USPO Hedrick did not make a request for the seized property to be destroyed at the time of revocation.

   IT IS THEREFORE ORDERED that the Probation Office for the Western District of North Carolina, Charlotte Division, is hereby authorized to destroy the above noted seized items

Thank you for your attention to this matter and if there are any questions please call me at 704-350-7649.

William Richard Moore, Jr.
3:96CR47-1-W

THE COURT ORDERS:

(✓) Destroy seized evidence as requested

( ) Do Not Destroy evidence

( ) Return to defendant

Date 7/2/12

Signature of Judicial Officer